ELMER FAIRCLOUGH AND MARTHA FAIRCLOUGH, PLAIN-
TIFFS-APPELLANTS, v. HERMAN BAUMGARTNER AND
THERESA BAUMGARTNER, DEFENDANTS-RESPOND-
ENTS.

Argued November 12, 1951—Decided November 19, 1951.

*Mr. J. Mortimer Rubenstein* argued the cause for the appellants (*Mr. Milton Schamach,* attorney).

*Mr. I. Arthur Weiss* argued the cause for the respondents (*Messrs. Weiss & Weiss,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Grimshaw.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, OLIPHANT, WACHENFELD, BURLING and ACKERSON—6.

*For reversal*—None.